FILED
February 1, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> Fortunato Figueroa, ) <br> ) <br> Defendant. ) | Case No. 2:08-mj-27 GGH <br><br> ORDER FOR RELEASE <br> OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  Fortunato Figueroa   Case  2:08-mj-27 GGH  from custody ~~subject to the conditions contained in the attached "Notice to Defendant Being Released" and~~ for the following reasons: government waives opportunity to establish identity.

__ Release on Personal Recognizance

__ Bail Posted in the Sum of _____

__ Unsecured bond in the amount of

__ Appearance Bond with 10% Deposit

__ Appearance Bond secured by Real Property

__ Corporate Surety Bail Bond

X   (Other) PTS conditions/supervision;

Issued at  Sacramento, CA  on  2/1/08   at  2:15 p.m.

By _____
Kimberly J. Mueller,
United States Magistrate Judge

ORDER stayed pending notification from government counsel as to whether government intends to pursue immigration charges.

_(signature)_ 2/1/08